# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY ☒ D.C.

05 JUN 30 PM 4:17

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN - MEMPHIS

| | |
|---|---|
| DOUGLAS TINDALL, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| SHELBY COUNTY, et al., | CASE NO: 05-2264 Ml/P |
| Defendants. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Correcting the Docket, Order Assessing $250 Filing Fee, Order of Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee, entered June 30, 2005, this case is DISMISSED.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

June 30, 2005
DATE

THOMAS M. GOULD
Clerk of Court

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  7-1-05

/s/ Earline Drayer
(By) Deputy Clerk

(5)

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02264 was distributed by fax, mail, or direct printing on July 1, 2005 to the parties listed.

---

Douglas Tindall
72879
1045 Mullins Station Rd.
Memphis, TN 38134

Honorable Jon McCalla
US DISTRICT COURT